# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN ROMANASKAS,

    Plaintiff,

v.

EARTHBOX, INC.,

    Defendant.

3:16-CV-517
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 16th DAY OF MARCH, 2018, upon review of Magistrate Judge Carlson's Report & Recommendation, (Doc. 39), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 39), is **ADOPTED** for the reasons discussed therein.

2. Defendant's Motion to Dismiss, (Doc. 34), is **DENIED**.

3. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

Robert D. Mariani
United States District Judge